AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BRIAN FIELMAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

PEPSICO, INC., THE PEPSI BOTTLING
GROUP, INC., and PEPSI BOTTLING
VENTURES LLC,

    Defendant.

**APPEARANCE**

Case Number: 07 CIV 6815 (CLB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants PepsiCo., Inc., and the Pepsi Bottling Group, Inc.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/23/2007 | *[signature]* |
| Date | Signature |
| | Michael S. Lazaroff     (ML0149) |
| | Print Name     Bar Number |
| | Proskauer Rose LLP |
| | Address |
| | 1585 Broadway    New York    10036 |
| | City    State    Zip Code |
| | (212) 969-3000    (212) 969-2900 |
| | Phone Number    Fax Number |