UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FIELMAN, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

-v-

PEPSICO, INC., et al.,

                Defendants.

Case No.
07Civ.6815

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK } ss.:

Maureen Mintzer, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 3, 2007 at 9:55 a.m. at 700 Anderson Hill Road, Purchase, NY 10577, I served the within SUMMONS, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILINGINDIVIDUAL PRACTICES OF JUDGE CHARLES L. BRIEANT and INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX on PEPSICO, INC., defendant therein named, by delivering a true copy of same to KATHY HENRY, Administrative Assistant, Legal Department, who stated she was authorized to receive same.

The person served is a white female, brown hair, 30-40 years old, 5'9 in height, 170 pounds.

                                            Maureen Mintzer

Sworn to before me this
6th day of August 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/10

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796