UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FIELMAN, Individually and On behalf of All
Other person similarly situated,

Plaintiff,

**Case No.**
**07Civ.6815**

Vs

PEPSICO, INC., et al.,

**AFFIDAVIT OF**
**SERVICE**

Defendants.

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio De Lara, being duly sworn, deposes and says: I am not a party to this action, am
Over 18 years of age and reside at New York, NY:

On August 1, 2007 at 3:15 p.m. at 111 Eighth Avenue, New York, NY 10011,
I served the within SUMMONS, COMPLAINT, 3RD AMENDED INSTRUCTIONS FOR
FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC
CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILINGINDIVIDUAL
PRACTICES OF JUDGE CHARLES L. BRIEANT and INDIVIDUAL RULES OF
PRACTICE OF JUDGE KEVIN NATHANIEL FOX on PEPSI BOTTLING
VENTURES LLC, defendant therein named, by delivering a true copy of same to CT
CORPORATION SYSTEMS c/o SABRINA AMBROSE, registered agent.

The person served is a black female, red hair, 25-35 years old, 5'2"-5'6" in height, 145-
155 pounds.

*Julio De Lara*
Julio De Lara
License No. 991178

Sworn to before me this
1st day of August 2007

NOTARY PUBLIC

**MAUREEN I. MINTZER**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 60-4827421
Qualified In Westchester County
My Commission Expires May 31, 20 10

**Legal**Ease
.Inc.
139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796