# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

Brian Fielman, Individually and On Behalf of All
Other Persons Similarly Situated,

v.

Pepsico, Inc., The Pepsi Bottling Group,
Inc., and Pepsi Bottling Ventures LLC

### AFFIDAVIT OF SERVICE

CASE NUMBER:
07 CIV 6815

JUDGE BRIEANT

I, Andrew Jones, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 2nd day of August 2007, at approximately the time of 12:50 PM, I served a Summons and Complaint, Judge's Rules and Electronic Filing Rules upon the Pepsi Bottling Group, Inc., by personally delivering a copy of said documents in hand to Mike Spanos vice President of Retail, authorized to accept service, at 315 Norwood Park South, Norwood, MA 02062.

Mike Spanos is a white male, bald with dark eyes, approximately 35 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 165 pounds.

_____
Andrew Jones

Subscribed and sworn to before me, Jill LeBlanc, this 22nd day of August 2007.

_____
Notary Public

JILL M. LeBLANC
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 21, 2011