*Bricant, J* ML

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIAN FIELMAN, on behalf of himself and all      :     **07 CIV 6815 (CLB)**
others similarly situated,                                            :          & ORDER
               Plaintiff,                                        **STIPULATION EXTENDING**
                                                                   **TIME TO ANSWER**
                                                                       :
               v.                                                    :

PEPSICO, INC., THE PEPSI BOTTLING GROUP,   :
INC., and PEPSI BOTTLING VENTURES LLC,
               Defendant.
                                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Brian Fielman (on behalf of himself and all others similarly situated) and Defendants PepsiCo, Inc., the Pepsi Bottling Group, Inc. and Pepsi Bottling Ventures LLC (collectively "Defendants") that

      (a) the Defendants time to answer, object, or otherwise respond to the Complaint filed in this action shall be extended to and include September 19, 2007; and

(b) in the event that Defendants file a motion to dismiss on September 19, 2007, then Plaintiff shall have until and including October 22, 2007 to serve and file an opposition to this motion; and Defendants shall have until and including November 9, 2007 to reply to this opposition.

Dated: August 22, 2007
New York, New York

Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

James M. Parrot (JP-5297)
SMITH ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*

Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue
Suite 220
White Plains, New York 10605
(914) 997-5656

and

Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333
*Attorneys for Plaintiffs*

SO ORDERED this 29th day of August, 2007

_____
U.S.D.J.