AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BRIAN FIELMAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

PEPSICO, INC., THE PEPSI BOTTLING GROUP,
INC., and PEPSI BOTTLING VENTURES LLC,

    Defendant.

**APPEARANCE**

Case Number: 07 CIV 6815 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants PepsiCo., Inc., and the Pepsi Bottling Group, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/27/2007 | _(signature)_ |
| Date | Signature |
| | Louis M. Solomon (LS7906) |
| | Print Name / Bar Number |
| | Proskauer Rose LLP |
| | Address |
| | 1585 Broadway   New York   10036 |
| | City / State / Zip Code |
| | (212) 969-3000   (212) 969-2900 |
| | Phone Number / Fax Number |