AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

BRIAN FIELMAN, on behalf of himself
and all others similarly situated,

      Plaintiff,

v.

PEPSICO, INC., THE PEPSI BOTTLING GROUP,
INC., and PEPSI BOTTLING VENTURES LLC,
      Defendant.

**APPEARANCE**

Case Number: 07 CIV 6815 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants PepsiCo., Inc. and the Pepsi Bottling Group, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2007 | *[signature]* |
| Date | Signature |
| | Lawrence I. Weinstein     (LW0792) |
| | Print Name     Bar Number |
| | Proskauer Rose LLP    1585 Broadway |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 969-3000     (212) 969-2900 |
| | Phone Number     Fax Number |