AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BRIAN FIELMAN, on behalf of himself and all others similarly situated,
      Plaintiff(s),

v.

PEPSICO, INC., THE PEPSI BOTTLING GROUP, INC., and PEPSI BOTTLING VENTURES LLC,
      Defendants.

**APPEARANCE**

Case Number:  07 CIV 6815 (CLB)

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Defendant PEPSI BOTTLING VENTURES LLC

 I certify that I am admitted to practice in this court.

9/11/07
Date

_Signature_

James M. Parrott, V.     (JP 5297)
Print Name     Bar Number

PO Box 2611
Address

Raleigh     NC     27607
City     State     Zip Code

(919) 821-1220     (919) 821-6800
Phone Number     Fax Number