# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS
SÃO PAULO

Michael S. Lazaroff
Senior Counsel

Direct Dial 212.969.3645
mlazaroff@proskauer.com

September 12, 2007

**Via Facsimile**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601-4150
Attn: Alice Cama

Re: *Fielman v. PepsiCo, Inc.*, 07 CIV 6815

Dear Judge Brieant:

We represent Defendants PepsiCo, Inc. and Pepsi Bottling Group, Inc. in the above referenced matter.

We are writing to confirm that on Monday September 10, 2007, counsel for plaintiffs and defendants contacted the Court jointly requesting that the conference scheduled for October 5, 2007 be rescheduled because of a conflict with a Jewish holiday. On that call to Chambers, we determined that the next available date on which the Court and counsel for both plaintiffs and defendants were available for a conference was on October 26, 2007 at 9 A.M. Your Chambers requested that we send this fax to confirm our conversation and record our request. Should the Court have any further questions or concerns, we will be happy to address them.

Thank you for your attention to this matter.

Respectfully submitted,

Michael S. Lazaroff

cc: Jeffrey Klafter, Esq.
James Parrot, Esq.

*[Handwritten endorsement: Memo Endorsed. Application granted. Conference scheduled for 10/26/07 @ 9:00 AM. So Ordered. 9/13/07 Charles L. Brieant USDJ]*