UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK                          X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIAN FIELMAN, on behalf of himself and all      :    07 CIV 6815
others similarly situated,                       :
                                                 :
                    Plaintiff,                   :    **DECLARATION OF DIANE**
                                                 :    **PETROCCIONE IN SUPPORT**
          v.                                     :    **OF DEFENDANTS' MOTION**
                                                 :    **TO DISMISS**
                                                 :
PEPSICO, INC., THE PEPSI BOTTLING GROUP,         :
INC., and PEPSI BOTTLING VENTURES LLC,           :
                                                 :
                    Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DIANE PETROCCIONE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am the Senior Manager, Scientific Regulatory Affairs, of Defendant PepsiCo, Inc. and submit this declaration on the basis of personal knowledge in support of the Motion to Dismiss by Defendants PepsiCo, Inc, The Pepsi Bottling Group, Inc and Pepsi Bottling Ventures LLC.

2. I have worked for PepsiCo, Inc. continuously since February 2001. During that time, the words "purified drinking water" have always appeared prominently on the front of the label of PepsiCo's Aquafina brand bottled water ("Aquafina") sold in New York state.

3. I am attaching hereto as Exhibit A, a true and correct copy of an Aquafina label used in New York state.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2007.

*[signature: Diane Petroccione]*

# EXHIBIT A


