UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIAN FIELMAN, on behalf of himself and all       :    **07 CIV 6815 (CLB)**
others similarly situated,                         :
                Plaintiff,

                                   :    **NOTICE OF THE MOTION TO**
            v.                      :    **CONSOLIDATE AND**
                                   :    **TRANSFER FILED BEFORE THE**
                                   :    **JUDICIAL PANEL ON**
                                   :    **MULTIDISTRICT LITIGATION**
PEPSICO, INC., THE PEPSI BOTTLING GROUP,           :
INC., and PEPSI BOTTLING VENTURES LLC,             :
              Defendant.                            **ECF FILING**

                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       On behalf of Defendant PepsiCo, Inc. and The Pepsi Bottling Group, Inc., pursuant to

Rule 5.12(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, we

respectfully give notice of the filing before the Judicial Panel on Multidistrict Litigation of

PepsiCo's and The Pepsi Bottling Group's Motion to Consolidate and Transfer the above-

captioned action and other related actions pending in this and other districts.  Annexed as Exhibit

A is a copy of PepsiCo's September 27, 2007 Motion to Consolidate and Transfer.  Annexed as

Exhibit B is the Memorandum of Points and Authorities In Support of Motion to Consolidate and

Transfer.  Annexed as Exhibit C is the Declaration of Louis M. Solomon, along with

accompanying exhibits, annexed as Exhibit C.1 and C.2.  Attached as Exhibit D is the statement

of the Reasons Why Oral Argument Should Be Heard before the Judicial Panel on Multidistrict

Litigation.

Dated:  September 27, 2007
        New York, New York

By:     /s/ Louis M. Solomon
        Louis M. Solomon (LS 7906)
        Michael S. Lazaroff (ML 0149)
        Jennifer L. Jones (JJ 5987)
        Patrick J. Dempsey (PD 8372)
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, NY 10036
        (212) 969-3000
        *Attorneys for Defendants PepsiCo, Inc. and*
        *The Pepsi Bottling Group, Inc.*