UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK                                X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIAN FIELMAN, on behalf of himself and all       :       **07 CIV 6815 (CLB)**
others similarly situated,                        :
                                                  :       **STIPULATION EXTENDING**
                Plaintiff,                        :       **TIME TO RESPOND**
                                                  :       **TO DEFENDANTS'**
                                                  :       **MOTION TO DISMISS**
                                                  :       *& order*
        v.                                        :
                                                  :
                                                  :
                                                  :
                                                  :

PEPSICO, INC., THE PEPSI BOTTLING GROUP,
INC., and PEPSI BOTTLING VENTURES LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

BRIAN FIELMAN, on behalf of himself and all others similarly situated, and PEPSICO, INC.,

THE PEPSI BOTTLING GROUP, INC., and PEPSI BOTTLING VENTURES LLC

(collectively "the Defendants"), that in order for the briefing schedule in the above captioned

matter to be consistent with that in the related action, *Collado v. PepsiCo, Inc., and Pepsi

Bottling Ventures LLC*, Case No. 07-CV-6874 (S.D.N.Y.) (a) the Plaintiff's time to serve any

opposition to Defendants' Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(b)(6) shall be

extended to and include October 31, 2007; and (b) that the Defendants' time to reply to any such opposition shall be extended to and include November 21, 2007.

Dated: October 17, 2007
New York, New York

*/s/ Michael J. Lazaroff /JLS*

Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

*/s/ Donal H. Tucker*

Donal H. Tucker*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*
(admitted *pro hac vice*)

Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Marmaroneck Avenue
Suite 220
White Plains, New York 10605
(914) 997-5656

and

Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

*Attorneys for Plaintiffs*

**SO ORDERED** this ___ day of October, 2007

_____
U.S.D.J.

extended to and include October 31, 2007; and (b) that the Defendants' time to reply to any such opposition shall be extended to and include November 21, 2007.

Dated: October 17, 2007
      New York, New York

Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

Donald H. Tucker*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*
(admitted *pro hac vice*)

Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue
Suite 220
White Plains, New York 10605
(914) 997-5656

and

Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

*Attorneys for Plaintiffs*

SO ORDERED this 2 day of October, 2007

    Charles Brieant
    U.S.D.J.