**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doc #14

------------------------------------X

BRIAN FIELMAN, on behalf of himself and all
others similarly situated,

    Plaintiff,

v.

PEPSICO, INC., THE PEPSI BOTTLING GROUP,
INC., and PEPSI BOTTLING VENTURES LLC,

    Defendant.

------------------------------------X

07 CIV 6815 (CLB)

**NOTICE OF MOTION**

**ECF FILING**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Diane Petroccione, dated September 18, 2007, and the exhibit annexed thereto, Defendants PepsiCo, Inc., The Pepsi Bottling Group, Inc. and Pepsi Bottling Ventures LLC will move this Court before the Honorable Charles L. Brieant at the United States District Court for the Southern District of New York, Courtroom 218, 300 Quarropas Street, White Plains, New York 10601, on November 30, 2007 at 10:00 a.m. or as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action for failure to state a claim for which relief can be granted.

*[Handwritten endorsement in left margin: Motion to be re-noticed after filing of the Consolidated Amended Complaint. See Transcript. SO ORDERED Charles L. Brieant USDJ April 14, 2008]*

PLEASE TAKE FURTHER NOTICE that, pursuant to stipulation entered into by the parties on August 22, 2007, responsive papers, if any, are due on October 22, 2007, and reply papers, if any, are due on November 9, 2007.

Dated: September 19, 2007
       New York, New York

                            By:    /s/ Louis M. Solomon
                                    Louis M. Solomon (LS 7906)
                                    Michael S. Lazaroff (ML 0149)
                                    Jennifer L. Jones (JJ 5987)
                                    Patrick J. Dempsey (PD 8372)
                                    PROSKAUER ROSE LLP
                                    1585 Broadway
                                    New York, NY 10036
                                    (212) 969-3000
                                    *Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

                                    /s/ Donald H. Tucker, Jr.
                                    Donald H. Tucker, Jr.*
                                    James M. Parrot (JP 5297)
                                    SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
                                    2500 Wachovia Capitol Center
                                    Raleigh, NC 27602
                                    (919) 821-6681
                                    *Attorneys for Defendants Pepsi Bottling Ventures LLC*
                                    (*admitted *pro hac vice*)

TO:  Jeffrey A. Klafter (JK 0953)
       KLAFTER & OLSEN LLP
       1311 Marmaroneck Avenue
       Suite 220
       White Plains, New York 10605
       (914) 997-5656

       and

-3-

Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

*Attorneys for Plaintiffs*