UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN FIELMAN,
Individually and on Behalf
of All Other Persons Similarly Situated,

                    Plaintiffs,                    **07 CIVIL 6815 (CLB)**

      -against-

PEPSICO, INC., THE PEPSIE BOTTLING GROUP,
INC., and PEPSI BOTTLING VENTURES LLC,

                    Defendants.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____Seth R. Lesser_____

[x]    *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ___SL5560_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From:    _____LOCKS LAW FIRM PLLC_____

    To:    _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]    *Address:*  __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, ___NY, 10605

[x]    *Telephone Number:*  ___(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____SLesser@klafterolsen.com_____ _____

Dated: ___July 31, 2008_____  /s/  Seth R. Lesser_____