UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                                    :      **7:08-md-01903 (CLB) (MDF)**

In re: PepsiCo, Inc., Bottled Water Sales and  :
Marketing Practices Litigation                     :      **MDL No. 1903**
                                                    :
-------------------------------------X    **ECF FILING**
                                                      :
This Document Relates to All Actions           :
                                                      :
-------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

      PLEASE TAKE NOTICE THAT effective August 1, 2008, Klafter & Olsen LLP has changed its name to Klafter Olsen & Lesser LLP.  All future reference to the firm in this matter should be to Klafter Olsen & Lesser LLP.  The firm's, its lawyer's addresses, e-mail addresses, phone and fax numbers have not been affected by this change.

Dated:  August 1, 2008

                                                          _s/ Jeffrey Klafter_
                                                          Jeffrey A. Klafter (JK 0953)
                                                          KLAFTER OLSEN & LESSER LLP
                                                          1311 Mamaroneck Avenue, Suite 220
                                                          White Plains, New York 10605
                                                          (914) 997-5656
                                                          www.klafterolsen.com

                                                          Attorneys for Plaintiff Fielman