**United States District Court**

Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

----------------------------------------X

In Re: Pepsico, Inc., Bottled Water

Marketing and Sales Practices

Litigation.

```
                                   NOTICE OF REASSIGNMENT
                                   7:08-MDL-1903 (CS) (MDF)

                                   7:07-cv-6815  (CS) (MDF)

                                   7:07 CV 6874  (CS) (MDF)
                                   7:08-cv-1833  (CS) (MDF)
                                   7:08-cv-1834  (CS) (MDF)
----------------------------------X 7:08-cv-2914  (CS) (MDF)
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

   JUDGE: Cathy Seibel

   All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 9/3/08

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

CC:   Attorneys of Record

CASE DESIGNATED TO: Mark D. Fox

Revised: September 9, 2004